UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GREGORY MAURICE LEE, by and through his Guardian, LINDA SHELTON, </br></br>Plaintiff, </br></br>v. </br></br></br>CITY OF FAYETTEVILLE; HAROLD MEDLOCK, individually and in his official capacity as City of Fayetteville Police Chief; and JOHN DOES, Police Officers of the City of Fayetteville, whose identities are unknown to Plaintiff at this time, </br></br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **JUDGMENT** </br></br>No. 5:15-CV-638-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered March 30, 2016 and August 4, 2016, and for the reasons set forth more specifically therein, that this case is dismissed without prejudice.

**This Judgment Filed and Entered on August 4, 2016, and Copies To:**
Jerry Braswell; Shean D. Willimas; Jose A. Coker; R. Jonathan Charleston; D. Brandon Christian; and Quintin D. Byrd (via CM/ECF Notice of Electronic Filing)

August 4, 2016  JULIE RICHARDS JOHNSTON, CLERK
 /s/ Christa N. Baker
 (By) Christa N. Baker, Deputy Clerk